IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL ANGEL MENDEZ-RODRIGUEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CRAIG A. LOWE, THOMAS DECKER, | : | |
| THOMAS S. WINKOWSKI, and JEH | : | |
| C. JOHNSON | : | NO. 14-5862 |

FILED
FEB 13 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

**AND NOW**, this 12th day of February, 2015, upon consideration of the Respondents' Motion to Transfer Petition to the United States District Court for the Middle District of Pennsylvania (Document No. 4), the petitioner's response and the respondents' reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.